PROB 12C
(6/16)

Report Date: July 9, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 13, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Clinton Turner                Case Number: 0980 2:19CR00064-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 11, 2020

Original Offense:         Possession of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924(a)(2)

Original Sentence:        Prison - 24 months                Type of Supervision: Supervised Release
                          TSR - 24 months

Asst. U.S. Attorney:      George J.C. Jacobs, III           Date Supervision Commenced: December 4, 2020

Defense Attorney:         Federal Defender's Office         Date Supervision Expires: December 3, 2022

## PETITIONING THE COURT

To issue a **warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1  **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged Mr. Turner has failed to report to the U.S. Probation Office as instructed by the undersigned officer on July 1, 8, and 9, 2021.

On January 6, 2021, the conditions of supervision were reviewed with Mr. Turner. He signed his judgement acknowledging an understanding of his conditions of supervised release.

On June 30, 2021, the undersigned officer directed Mr. Turner to report to the U.S. Probation Office between 10:30 a.m. and 11 a.m., on July 1, 2021. Mr. Turner did acknowledge this directive. At approximately 3:15p.m., the undersigned officer contacted Mr. Turner to question why he did not report as directed earlier this date. Mr. Turner claimed he misunderstood the undersigned officer on what time to report. He was then directed to report on July 8, 2021, at 7 a.m., and he acknowledged this directive.

Prob12C
# Re: Turner, Tyler Clinton
**July 9, 2021**
**Page 2**

On July 7, 2021, the undersigned officer attempted to contact Mr. Turner via cellular telephone on two occasions. Both times voice mails and text messages were left reminding him to report at 7 a.m., on July 8, 2021. He was also instructed to call the undersigned officer.

On July 8, 2021, Mr. Turner again failed to report as directed. At approximately 4 p.m. on the same date, Mr. Turner called this officer and he appeared to be under the influence of alcohol and/or drugs. Mr. Turner's words were slurred and he was being belligerent. When the undersigned officer asked him questions about any drug and alcohol consumption, he refused to answer those questions. The undersigned officer gave Mr. Turner a directive to report to the U.S. Probation Office at 8 a.m. the following day, July 9, 2021. The undersigned officer attempted to continue conversing with Mr. Turner and he eventually hung up.

On July 9, 2021, Mr. Turner again failed to report as directed. His whereabouts are currently unknown and it appears he is not making himself available for supervision.

2      **Standard Condition # 9**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. Turner has violated his conditions of supervised release by failing to provide or notify the undersigned officer of his current living arrangements.

On January 6, 2021, the conditions of supervision were reviewed with Mr. Turner. He signed his judgement acknowledging an understanding of his conditions of supervised release.

On July 1, 2021, Mr. Turner advised the undersigned officer that he would be staying at the Union Gospel Mission.

On July 8, 2021, the undersigned officer visited the Union Gospel Mission and staff there indicated that Mr. Turner has not been staying there. In fact, he has not stayed there since April 2021.

On July 8, 2021, the undersigned officer spoke with Mr. Turner and questioned where him about where he has been staying. Mr. Turner kept repeating "in my truck" several times, but would not disclose precisely where and continued to refuse to answer any questions. He eventually hung up on the undersigned officer. Mr. Turner's whereabouts are currently unknown.

Prob12C
**Re: Turner, Tyler Clinton**
**July 9, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 9, 2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/13/2021

Date