PROB 12C
(6/16)

Report Date: March 2, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 03, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyler Clinton Turner          Case Number: 0980 2:19CR00064-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 11, 2020

| | |
|---|---|
| Original Offense: | Possession of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924(a)(2) |
| Original Sentence: | Prison - 24 months; TSR - 24 months |
| Type of Supervision: | Supervised Release |
| Revocation Sentence: (January 20, 2022) | Prison - 3 months; TSR - 33 months |
| Asst. U.S. Attorney: | George JC Jacobs, III |
| Date Supervision Commenced: | March 19, 2022 |
| Defense Attorney: | Christina Wong |
| Date Supervision Expires: | December 18, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On March 28, 2022, the conditions of supervision were reviewed with Mr. Turner. He signed his judgment acknowledging an understanding of his conditions of supervision, to include abstaining from the use of controlled substances.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Turner is alleged to have violated the terms of his supervised release by failing to submit to urinalysis testing on or about January 18, 2023. |
| | Mr. Turner is currently assigned to 'Green' for the color urinalysis phase testing. On January 18, 2023, Mr. Turner was required to report for testing and failed to do so. |

Prob12C
Re: Turner, Tyler Clinton
March 2, 2023
Page 2

| | |
|---|---|
| 2 | **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Turner is alleged to have violated the terms of his supervised release by failing to submit to urinalysis testing on or about February 21, 2023.<br><br>Mr. Turner is currently assigned to 'Green' for the color urinalysis phase testing. On February 21, 2023, Mr. Turner was required to report for testing and failed to do so. |
| 3 | **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Turner is alleged to have violated the terms of his supervised release by failing to submit to urinalysis testing on or about February 24, 2023.<br><br>Following Mr. Turner's missed drug test on February 21, 2023, this officer directed him to make up the test at the probation office on February 24, 2023. Mr. Turner failed to show up as directed. |
| 4 | **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Turner is alleged to have violated the terms of his supervised release by failing to submit to urinalysis testing on or about February 27, 2023.<br><br>In response to Mr. Turner missing his drug test on February 24, 2023, this officer contacted Mr. Turner and gave him another opportunity to come into the office for urinalysis testing on February 27, 2023. Mr. Turner failed to report for this drug test. |
| 5 | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to chance where you live or anything about your living arrangements (such as the people you life with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72-hours of becoming aware of a change or expected changed.<br><br>**Supporting Evidence**: Mr. Turner is alleged to have violated the terms of his supervised release by failing to report a secondary residence on or about February 27, 2023.<br><br>On February 27, 2023, Mr. Turner reported he has been residing primarily in Newport, Washington, with his children. This residence has not been approved and was not previously reported. |

Prob12C
Re: Turner, Tyler Clinton
**March 2, 2023**
Page 3

| | | |
|---|---|---|
| 6 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. | |

**Supporting Evidence**: Mr. Turner is alleged to have violated the terms of his supervised release by failing to report to the probation office as directed on February 28, 2023.

Due to Mr. Turner missing his drug screen on February 27, 2023, he was directed to report in person to the probation office on February 28, 2023. Mr. Turner failed to do so.

7    **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Turner is alleged to have violated the terms of his supervised release by failing to report to the probation office as directed on March 1, 2023.

In this officer last attempts to work with Mr. Turner, on March 1, 2023, this officer directed him to report in person to the probation office before 5 p.m. Mr. Turner again failed to do so.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 2, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

3/3/2023

Date